■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK THOMAS, Appellant. [630 NYS2d 935] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered January 7, 1993, convicting him of murder in the second degree, attempted murder in the second degree, assault in the second degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing (Egitto, J.), of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed (see, People v Thomas, 218 AD2d 717 [decided herewith]). Mangano, P. J., Joy, Krausman and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN TORREULLAS, Appellant. [630 NYS2d 937] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated June 27, 1994 (People v Torreullas, 205 AD2d 809), affirming a judgment of the County Court, Nassau County, rendered October 5, 1992, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Sullivan, J. P., Pizzuto, Joy and Goldstein, JJ., concur.